**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Kenneth M. Chandler , Plaintiff

v.

United States of America ,

**Jury Trial requested:**
(please check one)
____ Yes  XX  No

_____ ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kenneth M. Chandler # 10548-046
FCI ENGLEWOOD, 9595 W. Quincy Ave., Littleton, CO 80123

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____    Pretrial detainee
_____    Civilly committed detainee
_____    Immigration detainee
_____    Convicted and sentenced state prisoner
_X_    Convicted and sentenced federal prisoner
_____    Other: (*Please explain*) _____


## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: United States of America, Solicitor General
950 Pennsylvania Ave., NW, Suite 5739, Washington, DC 20530

(Name, job title, and complete mailing address)

Solicitor General

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*). Briefly explain:

The United States of America employees always act under color of federal law.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    State/Local Official (42 U.S.C. § 1983)

____    Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

_X_    Other: (*please identify*)  **Federal Tort Claims Act**

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___Negligence under Colorado law___

Claim one is asserted against these Defendant(s): **UNITED STATES OF AMERICA**

Supporting facts:

1. Plaintiff is a federal prisoner at FCI Englewood and a participant in the prison's dog training program. When dogs are brought into the program who are prone to bite, it is the prison's policy to muzzle these dogs at all times while outside of their cages.

2. On 6/20/2024, at approximately 8:15 AM while in the grassy area outside the FCI Englewood Education Department, Plaintiff was training his own dog. During the training another dog that was not muzzled, prone to bite and new to the program attacked Plaintiff and bit him on the left arm several times causing serious injuries requiring a trip to the local hospital and scarring in several places on Plaintiff's arm.

3. Plaintiff suffered from pain as a result of the dog biting him as well as emotional injuries including fear and anxiety.

4. The prison policy during dog training requires a staff member of the prison to be present during the time inmates are working with dogs. There was no staff member present when the dog biting incident occurred on 6/20/2024 in contravention of the prison's policy. Additionally, the prison staff violated its own policy by failing to ensure that the dog that bit Plaintiff was muzzled until it was propertly trained. Staff at the prison were aware that the dog was prone to bite and had issued the dog trainer a muzzle for the dog.

5. Defendant is liable for damages under the FTCA, Colo. Rev. Stat. § 13-21-124 and Colorado premises liability statute, Colo. Rev. Stat. § 13-21-115.

4

6. At all times mentioned in this complaint, employees, names of which are to be established by discovery and at trial, of the federal Bureau of Prisons, a federal agency of the defendant, had the duty to provide for the safety of the Plaintiff during his incarceration and while on federal land as a Colorado landowner. The defendant was required to ensure that Plaintiff was safe in his participation in the dog program which he was a participant at the time of the alleged negligence on 6/20/2024. All acts or omissions complained of here were performed by employees of the defendant, while acting within the scope of their employment or in the line of duty.

7. Defendant's employees breached their duty to provide for Plaintiff's safety on 6/20/2024 by failing to ensure that an officer at the prison was present during the period of time in which Plaintiff suffered the attack by a vicious and untrained dog.

8. Defendant's employees breached their duty to provide for Plaintiff's safety by failing to ensure that the dog that bit Plaintiff was muzzled as required per Bureau of Prison's policy and the policy and directive of the warden of the prison which mandated that new dogs which are prone to bite are muzzled.

9. The injuries that Plaintiff suffered including but not limited to pain, suffering, emotional injuries (fear & anxiety), and scarring of his arm are a direct and proximate result of the breach of the duty of defendant to ensure Plaintiff's safety at FCI Englewood.

10. On 6/23/2024, Plaintiff Kenneth M. Chandler filed an administrative claim under the FTCA (Attachment 1) by mailing the claim to the North Central Regional Office of the Bureau of Prisons at 800 State Ave., Kansas City, Kansas. Attachment 1 is a copy of the administrative claim that Plaintiff sent to the Regional Director of the Bureau of Prisons. In December of 2024, the Regional Office of the Bureau of Prisons denied Plaintiff's administrative claim.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _x_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                _____

Docket number and court:                _____

Claims raised:                _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)                _____

Reasons for dismissal, if dismissed:                _____

Result on appeal, if appealed:                _____

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

 XX Yes ___ No (*check one*)

Did you exhaust administrative remedies?

 XX Yes ___ No (*check one*)

    I filed an administrative claim under the FTCA which is attached to my complaint.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

For relief, Plaintiff requests that the Court award damages in an amount to be determined at trial for the negligence articulated herein on behalf of the United States of America.

Plaintiff further requests that the Court award Plaintiff any other relief for which he is entitled under the law.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

__1/7/2025_____
(Date)

(Revised November 2022)

**ATTACHMENT 1**

Plaintiff's administrative claim filed with the Bureau of Prisons on 6/23/24 via postal mail.

7019 0700 0000 7859 0151

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.)* *(Number, street, city, State and Zip Code)* |
|---|---|
| Regional Director, Bureau of Prisons 400 State Ave. Suite 800 (Gateway Complex Tower II) Kansas City, Kansas 66101-2492 | Kenneth M. Chandler #10548-046 FCI Englewood 9595 W. Quincy Ave. Littleton, Colorado 80123 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 3/26/1980 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT Thursday 6/20/24 | 7. TIME *(A.M. OR P.M)* 8:15 A.M. |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

Bureau of Prisons staff at FCI Englewood were negligent for failure to ensure that a dog prone to bite without cause and required to be muzzled was not muzzled. As stated in the attached declaration I was bit by a dog inside the prison due to the prison staff failing to muzzle the violent dog that was being trained in the prison dog program. **See attached declaration for further facts supporting the basis of this claim against the United States of America.**

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side)*

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

(1) I suffered pain due to the dog bite on my arm; (2) I suffer from emotional injuries to include fear & anxiety; (3) I have several permanent scars on my arm due to the dog bite described herein.

**11. WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| | |

**12. *(See instructions on reverse)* AMOUNT OF CLAIM *(in dollars)***

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| -------------- | $50,000.00 | -------------- | $50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM 6/23/24 |
|---|---|---|
| *[signature]* | | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)* |

95-108 previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

DECLARATION OF KENNETH M. CHANDLER

Kenneth Chandler states:

1. I am a federal inmate incarcerated at FCI Englewood in Littleton, Colorado. I submit this declaration in support of my attached FTCA claim as the basis for my claim of negligence.

2. I am a participant in the FCI Englewood dog training program. There are several additional dog trainers in the program. We each are tasked with taking care of several dogs and training said dogs during our participation in the FCI Englewood dog program.

3. When dogs are brought into the program who are prone to bite the prison is supposed to provide a muzzle for the dogs and ensure that said dogs are muzzled at all times while outside of their cages.

4. On 6/20/2024 at approximately 8:15 AM while in the grassy area outside of the FCI Englewood Education Department I was bitten on my arm by a dog that was supposed to be muzzled according to the supervisor of the dog program. The dog was not muzzled and it attacked me causing me an injury that required me to go to the hospital.

5. I have several permanent scars due to the dog biting me and I suffered from pain due to the dog bite. I also suffer from some emotional injuries as a result of my adverse interaction with the dog that bit me including fear and anxiety.

6. Upon my return from the hospital on 6/20/2024 I was placed in the segregated housing unit by Lt. Contreras who asserted that I "mishandled the dog" although the dog was not mine and the prison cameras evidenced that I did not do anything at all to the dog to provoke it to bite me.

-1-

7. At the time that I was bitten by the dog there was not any staff from FCI Englewood supervising the other dog trainers and I during our dog program training exercise.

8. The United States of America is liable under the FTCA for negligence as described above. Further, the United States is also liable under Colorado's dog bite statute, Colo. Rev. Stat. §13-21-115 and Colorado's premises liability statute, Colo. Rev. Stat. § 13-21-115, for the actions and inactions of the United States as described herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June 2024 at Littleton, Colorado.

Kenneth M. Chandler
FCI Englewood
9595 W. Quincy Ave.
Littleton, Colorado 80123

-2-